CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 16 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| NATHANIEL BRUCE DUNMORE, ) | Civil Action No. 7:18-cv-00251 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| OFFICER ROOP, et al., ) | By: | Hon. Michael F. Urbanski |
| Defendants. ) | | Chief United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b) due to Plaintiff's failure to prosecute; all pending motions are **DENIED** without prejudice as moot; and the action is **STRICKEN** from the active docket.

ENTER: This 15 day of October, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge