CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 2 8 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Beeson
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| NATHANIEL BRUCE DUNMORE, | ) | |
| Plaintiff, | ) | Civil Action No. 7:18cv00251 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| OFFICER ROOP, <u>et al.</u>, | ) | By: Michael F. Urbanski |
| Defendants. | ) | Chief United States District Judge |

Plaintiff Nathaniel Bruce Dunmore, a Virginia inmate proceeding <u>pro se</u>, filed this civil rights action pursuant to 42 U.S.C. § 1983. On October 16, 2018, the court dismissed the action without prejudice after Dunmore failed to respond to the court's Notice pursuant to <u>Roseboro v. Garrison</u>, 528 F.2d 309, 310 (4th Cir. 2005). <u>See</u> ECF Nos. 32 and 33. Thereafter, the court received Dunmore's motion for an extension of time, alleging that he had not timely received the court's Notice. Finding it appropriate to do so, on October 26, 2018, the court vacated the dismissal order and gave Dunmore fourteen days to comply with the court's Notice. <u>See</u> ECF No. 36. Dunmore has filed nothing to the court since then.[1] Accordingly, for the reasons stated in the court's original memorandum opinion dismissing this case (ECF No. 32), the court will again dismiss this case for failure to prosecute.

ENTER: This 27ᵗʰ day of November, 2018.

/s/ Michael F. Urbanski

Chief United States District Judge

---

[1] <u>See</u> <u>Houston v. Lack</u>, 487 U.S. 266, 276 (1989) (a prisoner's filing is considered filed on day he delivered it to prison officials for mailing to the court).